UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| XUAN-KHA PHAM, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CENTRAL INTELLIGENCE AGENCY, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 1:22-cv-481 (PTG/TCB) |

## ORDER

THIS MATTER is before the Court on *pro se* Plaintiff Xuan-Kha Pham's ("Plaintiff") Application to Proceed in District Court without Prepaying Fees or Costs (Long Form). (Dkt. 2.) Upon consideration of Plaintiff's application, it is hereby

**ORDERED** that Plaintiff's motion (Dkt. 2) is **GRANTED**.

ENTERED this 6th day of May, 2022.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia