## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| XUAN-KHA PHAM, <br><br> Plaintiff, <br><br> v. <br><br> CENTRAL INTELLIGENCE AGENCY, <br><br> Defendant. | No. 1:22-cv-481 (PTG/JFA) |

### DEFENDANT'S MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(b)(1), Defendant Central Intelligence Agency, by and through counsel, moves this Court for an Order dismissing Plaintiff's claims for lack of subject matter jurisdiction and failure to state a claim. In support of its motion, Defendant respectfully refers the Court to the memorandum in support being filed contemporaneously with this motion.

Dated: March 27, 2023

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

*By*:   /s/
CAROLYN M. WESNOUSKY
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3996
Email: Carolyn.Wesnousky@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and caused a copy to be served by first-class mail on the following *pro se* plaintiff:

    Xuan-Kha Pham
    12903 Point Pleasant Drive
    Fairfax, VA 22033

                                      /s/
                         CAROLYN M. WESNOUSKY
                         Assistant United States Attorney
                         2100 Jamieson Avenue
                         Office of the United States Attorney
                         Alexandria, Virginia 22314
                         Telephone: (703) 299-3996
                         Email: carolyn.wesnousky@usdoj.gov

                         *Counsel for Defendant*