IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| XUAN-KHA PHAM, <br><br> Plaintiff, <br><br> v. <br><br> CENTRAL INTELLIGENCE AGENCY, <br><br> Defendant. | No. 1:22-cv-481 (PTG/JFA) |

## NOTICE OF WAIVER OF HEARING

PLEASE TAKE NOTICE that Defendant hereby waives a hearing on its Motion to Dismiss.

Dated: March, 27, 2023

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

*By*:   /s/
CAROLYN M. WESNOUSKY
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3996
Email: Carolyn.Wesnousky@usdoj.gov

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and caused a copy to be served by first-class mail on the following *pro se* plaintiff:

    Xuan-Kha Pham
    12903 Point Pleasant Drive
    Fairfax, VA 22033

                      /s/
               CAROLYN M. WESNOUSKY
               Assistant United States Attorney
               Office of the United States Attorney
               2100 Jamieson Avenue
               Alexandria, Virginia 22314
               Telephone: (703) 299-3996
               Email: Carolyn.Wesnousky@usdoj.gov

               *Counsel for Defendant*